No. 643, Misc.   DENNIS *v.* MURPHY, WARDEN.   Appellate Division of the Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 644, Misc.   TAYLOR *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 646, Misc.   DiMAGGIO *v.* JACKSON, WARDEN. Court of Appeals of New York.   Certiorari denied.

No. 649, Misc.   BURKS *v.* KENTUCKY.   Court of Appeals of Kentucky.   Certiorari denied.

No. 669, Misc.   HOPKINS *v.* RAGEN, WARDEN.   Circuit Court of Kankakee County, Illinois.   Certiorari denied.

No. 685, Misc.   WILSON *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 923.   HICKINBOTHAM *v.* WILLIAMS, CHANCELLOR. Supreme Court of Arkansas.   Certiorari denied.   *Kenneth Coffelt* for petitioner.   *Eugene R. Warren* for respondent.

No. 875.   CALIFORNIA STATE BOARD OF EQUALIZATION *v.* GOGGIN, TRUSTEE.   C. A. 9th Cir.   Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.   *Edmund G. Brown,* Attorney General of California, *James E. Sabine,* Assistant Attorney General, and *Ernest P. Goodman* and *Eugene B. Jacobs,* Deputy Attorneys General, for petitioner. *Thomas S. Tobin* for respondent.